## (December 11, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHITE, Petitioner, v. J. LELAND CASSCLES, as Superintendent of Great Meadow Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of 7002 (subd. [c]) thereof, and as otherwise insufficient on its face. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.